UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Jeffrey Lee Jones,       Civil No. 20-1409 (DWF/ECW)

      Plaintiff,

v.       **ORDER**

Minnesota, JoAnne Hagfors,
Kathy Casady, Gladys D. Mejia,
Regions Hospital, St. Paul Police,
Ramsey County, Donald Ryan,
Hennepin County Child Protection &
Social Services, Robert A. Manson, and
Stephen Nesser,

      Defendants.

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Elizabeth Cowan Wright dated October 23, 2020. (Doc. No. 19.)  No objections have been filed to that Report and Recommendation in the time period permitted.  Based upon the Report and Recommendation of the Magistrate Judge, upon all of the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

    1.      Magistrate Judge Elizabeth Cowan Wright's Report and Recommendation dated October 23, 2020 (Doc. No. [19]) is **ADOPTED**.

    2.      Plaintiff Jeffrey L. Jones' Complaint (Doc. No. [1]) is **DISMISSED WITH PREJUDICE** to the extent it seeks to state a claim for violation of 18 U.S.C. § 113.

2

      3.      The Complaint is **DISMISSED WITHOUT PREJUDICE** for failure to state a claim to the extent it seeks to state a First Amendment retaliation claim against Defendant "St. Paul Police."

      4.      The remainder of the Complaint is **DISMISSED WITHOUT PREJUDICE** for lack of subject-matter jurisdiction.

      5.      The Application to Proceed in District Court Without Prepaying Fees or Costs (Doc. No. [2]), Hearing Request (Doc. No. [10]), and filing titled "Affidavit and Support and Complaint Motion Request Rule 113.01 to Merge" (Doc. No. [16]) are all **DENIED AS MOOT**.

      **LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated:  December 1, 2020              s/Donovan W. Frank
                                                DONOVAN W. FRANK
                                                United States District Judge